UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                                  Case No. 02-CR-199

THOMAS PHILLIP VITRANO,

       Defendant.

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**ORDER**

       The Court has reviewed the government's motion to supplement the record on appeal and the defendant, Thomas Vitrano's opposition thereto and rules as follows.

       The government's request to supplement the record is GRANTED. The aforesaid supplementation is necessary to create the full and complete record that this Court relied upon in sentencing Vitrano.

       Dated at Milwaukee, Wisconsin this 21st day of June 2006.

                                                       SO ORDERED

                                                       s/ Rudolph T. Randa
                                                       Honorable Rudolph T. Randa
                                                       Chief Judge